Case 1:06-cv-06390     Document 1-1    Filed 11/20/2006     Page 1 of 1

**A CERTIFIED TRUE COPY**

**NOV 1 3 2006**

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

NOV 2 0 2006

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*DOCKET NO. 986*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 2 5 2006

FILED
CLERK'S OFFICE.

**FILED**

DEC - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS*
*PRODUCTS LIABILITY LITIGATION*

JUDGE GRADY  *Roger Beverly v. Bayer Corp.*, N.D. California, C.A. No. 3:06-6152    0 6 C 6390

## *CONDITIONAL TRANSFER ORDER (CTO-92)*

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court
for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 246 additional
actions have been transferred to the Northern District of Illinois. With the consent of that court,
all such actions have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the Northern District of Illinois and assigned to
Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern
District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent
of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Northern District of Illinois. The transmittal of this order to said
Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with
the Clerk of the Panel within this 15-day period, the stay will be continued until further order of
the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**NOV 1 3 2006**

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By  s/ /S/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: NOVEMBER 20, 2006



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**

**312-435-5698**

**November 29, 2006**

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton U S Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

**Re:     Roger Beverly vs. Bayer Corp., et al**
      **Your case Numbers:3:06-6152**
      **Our New Case Number: 06C63907 | MDL-986**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation
(MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it
will be directly assigned to Judge John F. Grady.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United
States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

> Sincerely,
> **Michael W. Dobbins**
> **Clerk**
>
> by:    /s/ Thelma Murry-Sykes
>         Docketing Supervisor

Enclosure 1

cc: Judicial Panel on Multidistrict Litigation